E-FILED
Monday, 07 May, 2007  05:11:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED

MAY  3 2007

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40038 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 720 ILCS 5/12-3 |
| DAVID C. MARTIN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about December 6, 2006, at the Rock Island Arsenal, in Rock Island County, in the Central District of Illinois, the defendant,

DAVID C. MARTIN,

did commit the crime of Battery, in that said defendant knowingly made bodily contact of an insulting nature with a female co-employee, in that he rubbed his penis against the buttocks of the female co-employee, while upon the Rock Island Arsenal, specifically in Building 350, a special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7(3), in violation of Chapter 720, Illinois Compiled Statutes, Section 5/12-3, and Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:

MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443