AO 83 (REV. 12/85) SUMMONS IN A CRIMINAL CASE

**E-FILED**
Wednesday, 18 July, 2007 08:39:11 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**FILED**

JUL 17 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Case Number 07-40038

**UNITED STATES OF AMERICA**

vs.

**David C. Martin**

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**211 19th Street, Rock Island, IL**
on
**Wednesday, July 18, 2007 at 9:00 AM**
before the
HONORABLE **Magistrate Judge John A. Gorman**

To answer an **information** charging you with a violation of Title **18**, United States Code, Section(s) **13**.

Brief description of offense:

Battery

DATE:  6/18/07

### JOHN M. WATERS, CLERK

\_\_\_\_\_ s/ Tina  Peeples_____
BY:  DEPUTY CLERK

ATTEST:
JOHN M. WATERS, CLERK
BY:
..... S/Denise Koester ...............
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 6/18/07 .......................

*AO 83 (Rev.wpd*

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:(Date)  *7—17—07*

Check one box below to indicate the appropriate method of service

[ ] Served personally upon the defendant at: _____

[X] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: *MARIE MARTIN*

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: *7—17—07*        *STEVEN DEATHERAGE*
     Date              Name of United States Marshal

                 S/Scott Shepherd
             (by) Deputy United States Marshal

Remarks:

*AO 83 (Rev.wpd*