E-FILED
Tuesday, 24 July, 2007 11:01:42 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.                                                   Case Number:   07-40038

**David C. Martin**

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
211 19th Street, Rock Island, IL
on
**Wednesday, July 18, 2007 at 9:00 AM**
before the
HONORABLE **Magistrate Judge John A. Gorman**

To answer an **information** charging you with a violation of Title **18**, United States Code, Section(s) **13**.

Brief description of offense:

Battery


DATE:  6/18/07

                    JOHN M. WATERS, CLERK

                    _____s/ Tina Peeples_____
                    BY: DEPUTY CLERK


*AO 83 (Rev.wpd)*

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:(Date)  7-17-07

Check one box below to indicate the appropriate method of service

[ ] Served personally upon the defendant at: _____

[X] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: MARIE MARTIN

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 7-17-07          STEVEN DEATHERAGE
             Date              Name of United States Marshal
                                    s/Steve Deatherage
                               (by) Deputy United States Marshal

Remarks:

AO 83 (Rev.wpd