E-FILED
Wednesday, 25 July, 2007   08:33:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
JUL 25 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 07-40038 |
| ) | |
| vs. ) | VIO: Title 18, United States Code |
| ) | Section 13: 720 ILCS 5/12-3 |
| DAVID C. MARTIN, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Now comes BRETT A. NELSON, RICK KEYS and the law firm of NELSON, KEYS & KEYS, P.C. and hereby enters their appearance for and on behalf of DAVID C. MARTIN, the Defendant in the above-referenced cause of action.

DAVID C. MARTIN, Defendant

By: _____
BRETT A. NELSON & RICK KEYS
For: **NELSON, KEYS & KEYS, P.C.**
Attorneys for Defendant
Suite 250 - Star Cres Building
1830 - 2nd Avenue
Rock Island, Illinois 61201-8003
Telephone:     (309) 786-1622
Facsimile:     (309) 794-2177
E-Mail Address: BrettNelson@nkkpc.com

## PROOF OF SERVICE

I hereby certify that I served the foregoing Appearance on the United States by enclosing a true and exact copy thereof in an envelope properly addressed to Special Assistant Mary L. Fuhr and by depositing said envelope in a U.S. Post Office Mail Box in Rock Island, Illinois on the 24th day of July, 2007, with postage fully prepaid.

Copy to:
Mary L. Fuhr
Special Assistant U.S. Attorney
Rock Island Arsenal
Rock Island, Illinois 61299-5000

By: _____
For:   NELSON, KEYS & KEYS, P.C.