E-FILED
Monday, 20 August, 2007   10:04:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
AUG 1 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America,        (
Plaintiff,                       (
                                 (
vs.                              (     Case Number: 07 CR 40038
                                 (
David Martin,                    (
Defendant.

### ORDER OF COURT SUPERVISION

Defendant __David Martin__ having personally appeared in Court and was / ~~was not~~ represented by counsel; having waived a trial; and plead guilty to the offense of __Battery__.

THE COURT HEREBY ORDERS THAT further proceedings be deferred for a period of __12__ months and said Defendant be placed on court supervision for __12__ months with the following mandatory conditions:

(1) The Defendant shall not violate any Federal or criminal statute or ordinance of any jurisdiction;

(2) The Defendant shall pay a fine in the sum of $ __500__ and said fine is to be paid in full on or before __Jan 15, 2008__;

(3) The Defendant shall keep the Clerk of the Court aware of the Defendant's current address;

(4) The Defendant shall comply with and successfully be discharged from counseling by a certified mental health counselor, ~~a~~ pyschologist, or psychiatrist at Defendant's expense.

(5)

(6)

(7)


If the court determines that the Defendant has successfully complied with all of the conditions of the instant order of Court Supervision, the Court shall discharge the Defendant and enter an Order dismissing the charge. This dismissal shall be without an adjudication of guilt and shall not be deemed or termed a conviction.

DATED: 8-15-07

S/John A. Gorman
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE


The Defendant acknowledges receipt of a copy of this Order and further acknowledges that failure to follow any of the conditions could result in a revocation of this Order, judgment of guilt and conviction being entered and a new sentence with additional penalties imposed.

S/David Martin
Name

Address _Maine IL 61265_

## FINAL ORDER DISMISSING THE CHARGE

The conditions of this court supervision having been met, the case is dismissed and the Defendant is ordered discharge and no conviction for the original charge exists.

ENTERED:_____


_____
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE